B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Massachusetts - Eastern Division

In re    **R.J. Pilgrim, Inc.**                                    ,    Case No. _____**11-17461**_____
                              Debtor

Chapter                              **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 28,872.45 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 23,602.60 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 536,962.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| | | Total Assets | 28,872.45 | | |
| | | | Total Liabilities | 560,565.21 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Massachusetts - Eastern Division

In re    **R.J. Pilgrim, Inc.** _____ ,    Case No. ____**11-17461**____
                                    Debtor

                                                    Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re      **R.J. Pilgrim, Inc.**                                                          ,      Case No.    **11-17461**
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| | | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re  **R.J. Pilgrim, Inc.**                                                                        ,    Case No. ___**11-17461**___
                                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 1,600.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citizens Bank - operating (Tee's)** | - | 126.71 |
| | | **Citizens Bank - operating (Cranberry House)** | - | 1,845.74 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **NStar** | - | 0.00 |
| | | **Balboni - $1,200.00 uncollectible** | - | 0.00 |
| | | **2456 Mass Ave. Realty Trust Not sure of  deposit amount Assuming will use to offset amount due Landlord** | - | 0.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >                3,572.45
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **R.J. Pilgrim, Inc.**                                                ,     Case No. ___**11-17461**___
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable ($10,424 - $3,124.00 - uncollectible)** | - | 7,300.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          7,300.00
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **R.J. Pilgrim, Inc.** _____ ,  Case No. __**11-17461**__
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment | - | 2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery, fixtures for business | - | 10,000.00 |
| 30. Inventory. | | Inventory (cost) | - | 6,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **18,000.00**
(Total of this page)

Total >    **28,872.45**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **R.J. Pilgrim, Inc.**                                    Case No. __**11-17461**_____
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re __R.J. Pilgrim, Inc._____,     Case No. ___11-17461_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__1___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **R.J. Pilgrim, Inc.**                                                         ,    Case No.    **11-17461**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Sales Tax** May, June, July 2011 | | | | | 0.00 | |
| **Commonwealth of Massachusetts Department of Revenue Litigation Bureau, Bankruptcy Unit P.O. Box 9564 Boston, MA 02114** | - | | | | | | 5,984.64 | 5,984.64 | |
| Account No. | | | **Withholding Taxes** | | | | | 0.00 | |
| **Commonwealth of Massachusetts Department of Revenue Litigation Bureau, Bankruptcy Unit P.O. Box 9564 Boston, MA 02114** | - | | | | | | 5,384.86 | 5,384.86 | |
| Account No. | | | **Special Tees** | | | | | 0.00 | |
| **Commonwealth of Massachusetts Division of Unemployment Assistance Bankruptcy Unit, Attn: Chief Counsel 19 Staniford Street Boston, MA 02114** | - | | | | | | 827.00 | 827.00 | |
| Account No. | | | **Withholding Taxes** April - August, 2011 | | | | | 0.00 | |
| **Internal Revenue Service PO Box 21126 Philadelphia, PA 19114** | - | | | | | | 11,406.10 | 11,406.10 | |
| Account No. | | | **FNPO** | | | | | 0.00 | |
| **Internal Revenue Services Insolvency Groups - STOP 20800 25 New Sudbury Street P.O. BOX 9112 Boston, MA 02203-9112** | - | | | | | | 0.00 | 0.00 | |

Sheet  __1__  of  __1__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 23,602.60 | 23,602.60 |
| Total (Report on Summary of Schedules) | 0.00 23,602.60 | 23,602.60 |

B6F (Official Form 6F) (12/07)

In re **R.J. Pilgrim, Inc.** _____,    Case No. ___**11-17461**_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>**2456 Mass Avenue Realty Trust**<br>**c/o George H. Boerger**<br>**161 Summer Street, Ste. 4**<br>**Kingston, MA 02364** | X | - | | | Judgment, rent | | | | 45,869.35 |
| Account No.<br><br>**2456 Realty Trust**<br>**c/o Snug Harbor**<br>**6 Town Wharf, Unit 3**<br>**Plymouth, MA 02360** | | - | | | FNPO | | | | 0.00 |
| Account No.<br><br>**Abdallah, Inc.**<br>**3501 W. County Road 42**<br>**Burnsville, MN 55306** | | - | | | Business debt<br>Cranberry House | | | | 313.01 |
| Account No. **AS-2727**<br><br>**All Security Co., Inc.**<br>**771 Kempton Street**<br>**New Bedford, MA 02740** | | - | | | Business debt<br>Cranberry House | | | | 690.09 |
| __17__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 46,872.45 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      S/N:26862-110705    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **R.J. Pilgrim, Inc.**                                                                                    Case No.     **11-17461**
                                                                        ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Aminco International (USA) Inc.** <br> **20571 Crescent Bay Drive** <br> **Lake Forest, CA 92630** | - | | **Business debt** <br> **Cranberry House** | | | | 244.90 |
| Account No. <br><br> **Angel Star** <br> **195 Mast Street #100** <br> **Morgan Hill, CA 95037** | - | | **Business debt** <br> **Cranberry House** | | | | 163.88 |
| Account No. <br><br> **Applewood Books** <br> **One River Road** <br> **Carlisle, MA 01741** | - | | **Business debt** <br> **Cranberry House** | | | | 496.62 |
| Account No. <br><br> **Arrow Paper Corporation** <br> **228 Andover Street** <br> **Wilmington, MA 01887** | - | | **Business debt** <br> **Cranberry House** | | | | 540.17 |
| Account No. <br><br> **Barn Company** <br> **606 Pleasant Street** <br> **Raynham, MA 02767** | - | | **Business debt** <br> **Cranberry House** | | | | 839.00 |

| | | |
|---|---|---|
| Sheet no. _**1**_ of _**17**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 2,284.57 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **R.J. Pilgrim, Inc.**                                              , Case No.   **11-17461**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **273454/27xxxx** <br><br> **Blue Mountain Arts** <br> **P.O. Box 4549** <br> **Boulder, CO 80306** | - | | Business debt <br> Cranberry House | | | | 3,732.71 |
| Account No. <br><br> **Boston Warehouse Trading Corporation** <br> **59 Davis Avenue** <br> **Norwood, MA 02062** | - | | Business debt <br> Cranberry House | | | | 222.29 |
| Account No. <br><br> **Brian Smillie candy Company** <br> **35 Industrial Way** <br> **Woburn, MA 01801** | - | | Business debt <br> Cranberry House | | | | 1,740.80 |
| Account No. **82181** <br><br> **Buyer's Choice Ltd.** <br> **PO Box 158** <br> **Chalfont, PA 18914** | - | | Business debt <br> Cranberry House | | | | 1,258.00 |
| Account No. <br><br> **Cape Cod Crafters** <br> **81 Captain Bellamy Lane** <br> **Centerville, MA 02632** | - | | Business debt <br> Cranberry House | | | | 20.00 |

Sheet no. __**2**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,973.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **R.J. Pilgrim, Inc.**                                              ,    Case No.    **11-17461**
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **22554**<br><br>**Charles River Apparel**<br>**1205 Providence Highway**<br>**Sharon, MA 02067** | - | | | | **Business debt**<br>**Special Tees** | | | | 7,335.87 |
| Account No.<br><br>**Charm 14/USA Margins**<br>**P.O. Box 34**<br>**Stony Point, NY 10980** | - | | | | **Business debt**<br>**Cranberry House** | | | | 227.00 |
| Account No.<br><br>**Chemart Company**<br>**15 New England Way**<br>**Lincoln, RI 02865** | - | | | | **Business debt**<br>**Cranberry House** | | | | 389.03 |
| Account No. **1251**<br><br>**Continental Jewlry Company**<br>**67 Murdock Street**<br>**Middleboro, MA 02346** | - | | | | **Business debt**<br>**Cranberry House** | | | | 1,186.39 |
| Account No. **4x-xxx**<br><br>**Corp Brothers, Inc.**<br>**88 Niantic Avenue**<br>**Providence, RI 02907** | - | | | | **Business debt**<br>**Cranberry House** | | | | 144.73 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        9,283.02

B6F (Official Form 6F) (12/07) - Cont.

In re    **R.J. Pilgrim, Inc.**                                                                  ,        Case No. _____**11-17461**_____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **83807** <br><br> **Demdaco** <br> **PO Box 803314** <br> **Kansas City, MO 64180** | - | | **Business debt** <br> **Cranberry House** | | | | 1,409.63 |
| Account No. <br><br> **East Coast Print Images** <br> **80 Independence Avenue** <br> **Quincy, MA 02169** | - | | **Business debt** <br> **Cranberry House** | | | | 123.50 |
| Account No. <br><br> **Eco Everywhere** <br> **P.O. Box 712144** <br> **Cincinnati, OH 45271** | - | | **Business debt** <br> **Cranberry House** | | | | 191.65 |
| Account No. <br><br> **Finders Key Purse, Alexx Inc.** <br> **6520 Platt Avenue #633** <br> **West Hills, CA 91307** | - | | **Business debt** <br> **Cranberry House** | | | | 193.45 |
| Account No. <br><br> **GeoCentral** <br> **6049 Hi-Tek Court** <br> **Mason, OH 45040** | - | | **Business debt** <br> **Cranberry House** | | | | 776.74 |

Sheet no. __**4**__ of __**17**__ sheets attached to Schedule of                                    Subtotal                                    2,694.97
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **R.J. Pilgrim, Inc.**                                                          Case No.    **11-17461**
                                                          ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Goldfarb-Fischer Novelty, Inc.**<br>**100005 N.W. 58th Street**<br>**Miami, FL 33178** | - | | | **Business debt**<br>**Cranberry House** | | | | 688.86 |
| Account No. **19xxxx**<br><br>**H & A Imports**<br>**12 Humphrey Street**<br>**Concord, NH 03301** | - | | | **Business debt**<br>**Cranberry House** | | | | 1,255.80 |
| Account No. **83xxxx**<br><br>**Harvest Hill Press**<br>**P.O. Box 55**<br>**Salsbury Cove, ME 04672** | - | | | **Business debt**<br>**Cranberry House** | | | | 227.03 |
| Account No. **693xx xx**<br><br>**Holloway Sportswear, Inc.**<br>**39228 Treasury Center**<br>**Chicago, IL 60694** | - | | | **Business debt**<br>**Special Tees** | | | | 112.04 |
| Account No. **3xxxx**<br><br>**House of Marbles**<br>**P.O. Box 5814**<br>**Hillsborough, NJ 08844** | - | | | **Business debt**<br>**Cranberry House** | | | | 511.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,794.73

B6F (Official Form 6F) (12/07) - Cont.

In re   **R.J. Pilgrim, Inc.**                                                              ,    Case No.    **11-17461**
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **06469** <br><br> **Huckleberry People** <br> **1021 Waverly** <br> **Missoula, MT 59802** | - | | **Business debt** <br> **Cranberry House** | | | | 2,348.80 |
| Account No. <br><br> **Icon Marketing Company** <br> **271 Calabash Road NW** <br> **Calabash, NC 28467** | - | | **Business debt** <br> **Cranberry House** | | | | 177.14 |
| Account No. <br><br> **JAB Enterprises** | - | | **Business debt** <br> **Cranberry House** | | | | 285.60 |
| Account No. **99xxxx** <br><br> **Jack Smillie, Inc.** <br> **35 Industrial Way** <br> **Woburn, MA 01801** | - | | **Business debt** <br> **Cranberry House** <br> **FNPO** | | | | 0.00 |
| Account No. <br><br> **JC Designs** <br> **73 Lakewood Drive** <br> **Mashpee, MA 02649** | - | | **Business debt** <br> **Special Tees** | | | | 899.25 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,710.79**

B6F (Official Form 6F) (12/07) - Cont.

In re    **R.J. Pilgrim, Inc.**                                                                              Case No.    **11-17461**
                                                                          ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan to Corporation | | | | |
| Joseph Finn 245 Country Club Way Kingston, MA 02364 | | - | | | | | | 403,000.00 |
| Account No. 32214 | | | | Business debt Cranberry House | | | | |
| Kay Dee Designs 177 Skunk Hill Road Hope Valley, RI 02832 | | - | | | | | | 992.20 |
| Account No. | | | | Business debt Cranberry House | | | | |
| Ken Bean Distributors, LLC 121 Lafayette Road Unit 5, Box 5 North Hampton, NH 03862 | | - | | | | | | 1,166.51 |
| Account No. C-C4 | | | | Business debt Cranberry House | | | | |
| Klein Post Card Service Corp. P.O. Box 365333 Hyde Park, MA 02136 | | - | | | | | | 451.50 |
| Account No. | | | | Rent | | | | |
| Konida, LLC 8 Natalie Way Plymouth, MA 02360 | | - | | | | | | 3,350.00 |

Sheet no. __7__ of __17__ sheets attached to Schedule of                               Subtotal
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)        | 408,960.21 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **R.J. Pilgrim, Inc.**                                            ,  Case No.  __**11-17461**__
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Lee Publications<br>P.O. Box 32120<br>Louisville, KY 40232 | - | | | | Business debt<br>Cranberry House | | | | 141.23 |
| Account No.<br><br>Linda L. Lacombe<br>P.O. Box 28157<br>Jacksonville, FL 32226 | - | | | | Business debt<br>Cranberry House | | | | 118.00 |
| Account No.<br><br>Little Gifts<br>500 Meadowlands Parkway<br>Ste. 131<br>Secaucus, NJ 07094 | - | | | | Business debt<br>Cranberry House | | | | 856.00 |
| Account No.<br><br>Magnet Works<br>12927 Gravois Road<br>Saint Louis, MO 63127 | - | | | | Business debt<br>Cranberry House | | | | 403.75 |
| Account No.<br><br>Mark Eliot Schwabe Markie Moose<br>69 Joyt Drive<br>Unit F-1<br>South Burlington, VT 05403 | - | | | | Business debt<br>Cranberry House | | | | 197.49 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,716.47

B6F (Official Form 6F) (12/07) - Cont.

In re  **R.J. Pilgrim, Inc.**                                                                    ,  Case No. __**11-17461**__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Maryellen Rowell** <br> **164 Valley Road** <br> **Plymouth, MA 02360** | - | | | | **Business debt** <br> **Cranberry House** | | | | 80.00 |
| Account No. <br><br> **Mayflower Books** <br> **P.O. Box 341** <br> **Montville, CT 06353** | - | | | | **Business debt** <br> **Cranberry House** | | | | 139.50 |
| Account No. <br><br> **MEDS Maps, Inc.** <br> **1 Walton Road** <br> **Harwich, MA 02645** | - | | | | **Business debt** <br> **Cranberry House** | | | | 1,456.50 |
| Account No. **41064** <br><br> **Melissa & Doug** <br> **P.O. Box 590** <br> **Westport, CT 06881** | - | | | | **Business debt** <br> **Cranberry House** | | | | 6,618.25 |
| Account No. <br><br> **MFN Publishing** <br> **P.O. Box 1156** <br> **Plymouth, MA 02360** | - | | | | **Business debt** <br> **Cranberry House** | | | | 111.00 |

Sheet no. __**9**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **8,405.25**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**R.J. Pilgrim, Inc.**_____,    Case No. ___**11-17461**_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**My Cape My Town**<br>**174 Colby Drive**<br>**Middleboro, MA 02346** | - | | **Business debt**<br>**Cranberry House** | | | | 1,078.00 |
| Account No. **558** <br><br>**MyCape/My Town Designs**<br>**5 Elm Street**<br>**PO Box 3085**<br>**Wareham, MA 02571** | - | | **For notice purposes** | | | | 0.00 |
| Account No. <br><br>**Naked Bee**<br>**P.O. Box 1706**<br>**La Mesa, CA 91944** | - | | **Business debt**<br>**Cranberry House** | | | | 277.34 |
| Account No. **10xxxx** <br><br>**Nanco/Nancy Sales Co., Inc.**<br>**I.M.C.N.**<br>**P.O. Box 6477**<br>**Chelsea, MA 02150** | - | | **Business debt**<br>**Cranberry House** | | | | 275.63 |
| Account No. <br><br>**Nature's 1**<br>**PO Box 329**<br>**Lemmon, SD 57638** | - | | **Business debt**<br>**Cranberry House** | | | | 1,291.40 |

Sheet no. __**10**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,922.37**

B6F (Official Form 6F) (12/07) - Cont.

In re      **R.J. Pilgrim, Inc.**                                                                      ,                Case No.     **11-17461**
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7276**<br><br>New England Cranberry Co.<br>82 Sanderson Avenue<br>Lynn, MA 01902 | - | | Business debt<br>Cranberry House | | | | 831.39 |
| Account No. **16330560034**<br><br>NStar Electric<br>P.O. Box 4508<br>Woburn, MA 01888 | - | | Business debt<br>Electric<br>Cranberry House | | | | 536.21 |
| Account No. **16330550035**<br><br>NStar Electric<br>P.O. Box 4508<br>Woburn, MA 01888 | - | | Business debt<br>Electric<br>Cranberry House | | | | 820.89 |
| Account No. **27902820029**<br><br>NStar Electric<br>P.O. Box 4508<br>Woburn, MA 01888 | - | | Business debt<br>Electric<br>Special Tees | | | | 1,488.63 |
| Account No. **16330560042**<br><br>NStar Gas<br>P.O. Box 4508<br>Woburn, MA 01888 | - | | Business debt<br>Gas<br>Cranberry House | | | | 528.17 |

Sheet no. __11__ of __17__ sheets attached to Schedule of                                  Subtotal                    4,205.29
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R.J. Pilgrim, Inc.**                                    Case No.  **11-17461**
                                                    ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **16330550043** <br><br> **NStar Gas** <br> **P.O. Box 4508** <br> **Woburn, MA 01888** | - | | Business debt <br> Gas <br> Cranberry House | | | | 316.02 |
| Account No. <br><br> **Old Salt Box Publishing and Distributing** <br> **20 Lucsst Street #202** <br> **Danvers, MA 01923** | - | | Business debt <br> Cranberry House | | | | 1,041.18 |
| Account No. <br><br> **Our World of Books/ Independent Publishers Group** <br> **814 North Franklin Street** <br> **Chicago, IL 60610** | - | | Business debt <br> Cranberry House | | | | 191.62 |
| Account No. <br><br> **Parkside Candy Co.** <br> **3208 Main Street** <br> **Buffalo, NY 14214** | - | | Business debt <br> Cranberry House | | | | 142.00 |
| Account No. **MAxxxx** <br><br> **Pictura, Inc.** <br> **4 Andrews Drive** <br> **P.O. Box 2058** <br> **Patterson, NJ 07424** | - | | Business debt <br> Cranberry House | | | | 448.94 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,139.76**

B6F (Official Form 6F) (12/07) - Cont.

In re     **R.J. Pilgrim, Inc.**                                        ,     Case No.     **11-17461**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Plymouth Pewter Works** <br> **HC 175** <br> **Box 122A** <br> **Ivydale, WV 25113** | - | | | | **Business debt** <br> **Cranberry House** | | | | 801.50 |
| Account No. **MAW-11xxxx** <br><br> **Premium Financing Specialists** <br> **P.O. Box 15089** <br> **Worcester, MA 01615** | - | | | | **Business debt** <br> **Special Tees** | | | | 2,791.08 |
| Account No. <br><br> **Quill** <br> **P.O. Box 37600** <br> **Philadelphia, PA 19101** | - | | | | **Business debt** <br> **Special Tees** | | | | 338.12 |
| Account No. <br><br> **Ruth Finn** <br> **245 Country Club Way** <br> **Kingston, MA 02364** | - | | | | **Loan to Corporation** <br> **by Principal** | | | | 12,800.00 |
| Account No. <br><br> **S&P Studio** <br> **P.O. Box 307** <br> **Duxbury, MA 02331** | - | | | | **Business debt** <br> **Cranberry House** | | | | 189.00 |

Sheet no. __**13**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,919.70

B6F (Official Form 6F) (12/07) - Cont.

In re **R.J. Pilgrim, Inc.**                                                                 ,                    Case No.   **11-17461**
                                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sea-A-Rama**<br>**P.O. Box 862**<br>**Crescent City, CA 95531** | - | | Business debt<br>Cranberry House | | | | 180.03 |
| Account No.<br><br>**Seaglass by Alicia**<br>**100 Bramblewood Lane**<br>**Braintree, MA 02184** | - | | Business debt<br>Cranberry House | | | | 186.00 |
| Account No.<br><br>**Sourcebooks, Inc.**<br>**P.O. Box 4410**<br>**Naperville, IL 60567** | - | | Business debt<br>Cranberry House | | | | 450.66 |
| Account No.<br><br>**South Cape Distributors, Inc.**<br>**P.O. Box 1212**<br>**Mashpee, MA 02649** | - | | Business debt<br>Cranberry House | | | | 453.25 |
| Account No.<br><br>**Spinner Publications**<br>**164 William Street**<br>**New Bedford, MA 02740** | - | | Business debt<br>Cranberry House | | | | 233.41 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,503.35**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R.J. Pilgrim, Inc.** _____,    Case No. ___**11-17461**_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Stephen M. Lewers & Associates** <br> **P.O. Box 60** <br> **Wilton, NH 03086** | - | | | | **Business debt** <br> **Cranberry House** | | | | 342.35 |
| Account No. <br><br> **Stickey Fingers Bakery** <br> **P.O. Box 14533** <br> **Spokane, WA 99214** | - | | | | **Business debt** <br> **Cranberry House** | | | | 136.93 |
| Account No. **43895** <br><br> **Toysmith** <br> **5401 West Valley Highway East** <br> **Sumner, WA 98390** | - | | | | **Business debt** <br> **Cranberry House** | | | | 1,533.00 |
| Account No. **10xxxx** <br><br> **Tree Free Greetings** <br> **P.O. Box 687** <br> **Keene, NH 03431** | - | | | | **Business debt** <br> **Cranberry House** | | | | 796.94 |
| Account No. <br><br> **U-Line** <br> **2200 South Lakeside Drive** <br> **Waukegan, IL 60085** | - | | | | **Business debt** <br> **Special Tees** | | | | 361.25 |

Sheet no. __**15**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,170.47

B6F (Official Form 6F) (12/07) - Cont.

In re  **R.J. Pilgrim, Inc.**                                              Case No.    **11-17461**
                                                ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5087468797** | | | | | Business debt Cranberry House | | | | |
| **Verizon P.O. Box 1100 Albany, NY 12250** | | - | | | | | | | 2,294.88 |
| Account No. **5087466833** | | | | | Business debt Special Tees CU6833 | | | | |
| **Verizon P.O. Box 1100 Albany, NY 12250** | | - | | | | | | | 1,245.14 |
| Account No. **5087467700** | | | | | Business debt Special Tees Jungle | | | | |
| **Verizon P.O. Box 1100 Albany, NY 12250** | | - | | | | | | | 587.28 |
| Account No. **1004-79xx-xx** | | | | | Business debt Special Tees | | | | |
| **Verizon Information Services Idearc P.O. Box 619009 DFW Airport, TX 75261** | | - | | | | | | | 2,228.91 |
| Account No. | | | | | Business debt Cranberry House | | | | |
| **Virginia Candle Company PO Box 18227 Merrifield, VA 22118** | | - | | | | | | | 1,048.18 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 7,404.39

B6F (Official Form 6F) (12/07) - Cont.

In re   **R.J. Pilgrim, Inc.**                                          ,   Case No.   **11-17461**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **W.B. Mason Company, Inc.** <br> **59 Centre Street** <br> **Brockton, MA 02303** | - | | | **Business debt** <br> **Special Tees** | | | | **90.70** |
| Account No. <br><br> **Westland Giftware** <br> **P.O. Box 1165** <br> **Union City, CA 94587** | - | | | **Business debt** <br> **Cranberry House** | | | | **372.55** |
| Account No. **191787-81** <br><br> **Wheeler Manufacturing Co. Inc.** <br> **PO Box 629** <br> **Lemmon, SD 57638** | - | | | **Business debt** <br> **Cranberry House** | | | | **4,025.12** |
| Account No. <br><br> **Wildflower Company** <br> **17400 SW Upper Boones Ferry Road** <br> **Suite 220** <br> **Portland, OR 97224** | - | | | **Business debt** <br> **Cranberry House** | | | | **283.49** |
| Account No. <br><br> **Workman Publishing** <br> **225 Varrick Street** <br> **Fl 9** <br> **New York, NY 10014** | - | | | **Business debt** <br> **Cranberry House** | | | | **229.16** |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br> (Total of this page) | **5,001.02** |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **536,962.61** |

B6G (Official Form 6G) (12/07)

In re   **R.J. Pilgrim, Inc.**                                                              ,          Case No.   __11-17461__
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **R.J. Pilgrim, Inc.**                                                                    ,    Case No.    __**11-17461**_____

                                            Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ruth Finn**<br>**245 Country Club Way**<br>**Kingston, MA 02364** | **2456 Mass Avenue Realty Trust**<br>**c/o George H. Boerger**<br>**161 Summer Street, Ste. 4**<br>**Kingston, MA 02364** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Massachusetts - Eastern Division

In re  **R.J. Pilgrim, Inc.**                                                                  Case No.   **11-17461**
                                                    Debtor(s)            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  __29__  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September  6, 2011**                     Signature    **/s/ Ruth Finn**
                                                                 **Ruth Finn**
                                                                 **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.