**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   R.J. Pilgrim, Inc.<br>             Debtor, | Chapter: 11<br>Case No: 11–17461<br>Judge Frank J. Bailey |

## ORDER
## REGARDING DEFICIENT FILING

Your recent filing of **Document #28 Schedules A,B,D,E,F,G,H** on **SEPTEMBER 6, 2011** with the Court was deficient and/or defective as noted below:

☐   Service (Missing or Insufficient)

☐   Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐   Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐   Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐   Reaffirmation Agreement Cover Sheet.

☐   Real Estate Worksheet.

☐   Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐   Motion to Amend Plan.

☐   Motion to Approve Stipulation.

☐   Certificate of Conference.

☐   Notice of Amendment to Schedules.

☐   Motion to Amend Schedules.

☐   Adversary Proceeding Cover Sheet.

☐   Proposed Notice to the Objection to Claim MLBR 3007–1(b).

☐   ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR.

☒   Other **Schedules D and F Contain Added Creditors not Found on Original filed Matrix #1. Please File Amended Matrix WITH ONLY THE ADDED CREDITORS, Notice of Amended Matrix and Certificate of Service.**

You are hereby **ORDERED** to file the above required documents(s) on or before **SEPTEMBER 14, 2011** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.
FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

- ⦿ United States Bankruptcy Court
  John. W. McCormack Post
  Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

Date:9/7/11

By the Court,

Noe Calvo
Deputy Clerk
617–748–5344

30 − 29