UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
R.J. PILGRIM, INC. §    Case No. 11-17461 FJB
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on          . The case was converted to one under Chapter 7 on          . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DONALD R. LASSMAN_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-17461 | Judge: FRANK BAILEY | | Trustee Name: | DONALD R. LASSMAN |
|---|---|---|---|---|---|
| Case Name: | R.J. PILGRIM, INC. | | | Date Filed (f) or Converted (c): | 10/09/12 (c) |
| | | | | 341(a) Meeting Date: | 11/06/12 |
| For Period Ending: | 04/04/14 | | | Claims Bar Date: | 02/04/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 1,600.00 | 0.00 | | 0.00 | FA |
| 2. citizens bank | 126.71 | 0.00 | | 3,090.71 | FA |
| 3. CITIZENS BANK - CRANBERRY HOUSE | 1,845.71 | 0.00 | | 0.00 | FA |
| 4. NSTAR | 0.00 | 0.00 | | 0.00 | FA |
| 5. BALBONI | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2456 MASS AVE | 0.00 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE | 7,300.00 | 0.00 | | 254.40 | FA |
| 8. OFFICE EQUIPMENT, FURNISHINGS, AND | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. MACHINERY, FIXTURES AND EQUIPMENT | 10,000.00 | 0.00 | | 500.00 | FA |
| 10. INVENTORY | 6,000.00 | 0.00 | | 0.00 | FA |
| **TOTALS (Excluding Unknown Values)** | **$28,872.42** | **$0.00** | | **$3,845.11** | **Gross Value of Remaining Assets $0.00** (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

offer on assets of compnay and have closed bank account . November 29, 2012, 12:15 pm

cpa working on tax forms for 2012 and 2013. also working on sale of equipment to debtor. February 23, 2013, 09:43 am

sale of embroidery machine pending. March 02, 2013, 08:40 am

claim objecitno pending and once allowed , can close case once get infor from cpa for tax returns and fee app May 16, 2013, 11:17 am

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-17461   Judge: FRANK BAILEY | Trustee Name: | DONALD R. LASSMAN |
| Case Name: | R.J. PILGRIM, INC. | Date Filed (f) or Converted (c): | 10/09/12 (c) |
| | | 341(a) Meeting Date: | 11/06/12 |
| | | Claims Bar Date: | 02/04/13 |

update claims register July 02, 2013, 06:02 pm

ready for TFR.July 10, 2013, 03:41 pm

awating final tax returns and can then file tfr. October 06, 2013, 02:07 pm

cpa awaiting tax returnrs from debtor so can prepare file tax returs.  October 22, 2013, 08:20 am

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-17461 -FJB | Trustee Name: DONALD R. LASSMAN |
| Case Name: R.J. PILGRIM, INC. | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******1763  Checking Account |
| Taxpayer ID No: *******0073 | |
| For Period Ending: 04/04/14 | Blanket Bond (per case limit): $ 36,700,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/12 | 2 | CITIZENS BANK | TURNOVER OF FUNDS IN BANK ACCOUNT | 1129-000 | 3,090.71 | | 3,090.71 |
| 11/07/12 | 7 | TOWN OF KINGSTON | | 1121-000 | 254.40 | | 3,345.11 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.96 | 3,343.15 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.13 | 3,341.02 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,331.02 |
| 02/25/13 | 9 | RUTH FINN | first installment towards equipment | 1129-000 | 500.00 | | 3,831.02 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,821.02 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,811.02 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,801.02 |
| * 05/16/13 | 030001 | RUTH FINN | RETURN OF PAYMENT FOR EQUIPMENT | 8500-004 | | 500.00 | 3,301.02 |
| * 05/16/13 | 030001 | RUTH FINN | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 8500-004 | | -500.00 | 3,801.02 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,791.02 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,781.02 |
| 07/15/13 | 030002 | Ann Brennan, Esq. Attorney for Ruth Finn | RETURN OF PAYMENT FOR EQUIPMENT | 8500-000 | | 500.00 | 3,281.02 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,271.02 |
| 08/13/13 | 030003 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | BOND PAYMENT | 2300-000 | | 1.64 | 3,269.38 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,259.38 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,249.38 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,239.38 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,229.38 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,219.38 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,209.38 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,199.38 |

Page Subtotals     3,845.11     645.73

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-17461 -FJB | | Trustee Name: | DONALD R. LASSMAN |
| Case Name: | R.J. PILGRIM, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1763  Checking Account |
| Taxpayer ID No: | *******0073 | | | |
| For Period Ending: | 04/04/14 | | Blanket Bond (per case limit): | $ 36,700,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/21/14 | 030004 | COMMONWEALTH OF MASSACHUSETTS | 2011 TAXES | 2820-000 | | 456.00 | 2,743.38 |
| 03/21/14 | 030005 | COMMONWEALTH OF MASSACHUSETTS | 2012 TAXES | 2820-000 | | 456.00 | 2,287.38 |
| 03/21/14 | 030006 | COMMONWEALTH OF MASSACHUSETTS | 2013 TAXES | 2820-000 | | 456.00 | 1,831.38 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,845.11 | 2,013.73 | 1,831.38 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,845.11 | 2,013.73 | |
| Less: Payments to Debtors | | 500.00 | |
| Net | 3,845.11 | 1,513.73 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********1763 | 3,845.11 | 1,513.73 | 1,831.38 |
| | 3,845.11 | 1,513.73 | 1,831.38 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    1,368.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 04, 2014 |
|---|---|---|---|---|---|---|

Case Number: 11-17461  
Debtor Name: R.J. PILGRIM, INC.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | MATRIX FINANCIAL LLC<br>60 WALNUT STREET<br>WELLESLEY, MA 02481 | Administrative | | $0.00 | $2,366.00 | $2,366.00 |
| 001<br>3110-00 | DONALD R. LASSMAN, ESQ.<br>P.O. BOX 920385<br>NEEDHAM, MA 02492 | Administrative | | $0.00 | $1,330.00 | $1,330.00 |
| 000015<br>001<br>2950-00 | US Trustee<br>5 Post Office Square, Rm. 1000<br>Boston, MA 02109 | Administrative | | $0.00 | $4,567.13 | $4,567.13 |
| 002<br>6700-00 | Ann Brennan, Esq.<br>800 Hingham Street, Ste 200N<br>Rockland, MA 02370 | Administrative | | $0.00 | $8,250.00 | $8,250.00 |
| 002<br>6710-00 | Ann Brennan, Esq.<br>800 Hingham Street, Ste. 200N<br>Rockland, MA 02370 | Administrative | | $0.00 | $795.38 | $795.38 |
| 000004A<br>041<br>5800-00 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114 | Priority | | $5,984.64 | $8,100.66 | $8,100.66 |
| 000013<br>041<br>5800-00 | Dept of Unemployment Assistance<br>Attn: Richard Jeffers, Bankruptcy Coordi<br>19 Staniford St.<br>Boston, MA 02114 | Priority | | $827.00 | $16,129.62 | $16,129.62 |
| 000001<br>070<br>7100-00 | BRIAN SMILLIE CANDY COMPANY<br>35 INDUSTRIAL WAY<br>WOBURN, MA 01801 | Unsecured | | $1,740.80 | $1,887.70 | $1,887.70 |
| 000002<br>070<br>7100-00 | Toysmith - Toy Investments<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520 | Unsecured | | $1,533.00 | $1,533.00 | $1,533.00 |
| 000003<br>070<br>7100-00 | KEN BEAN DISTRIBUTORS, LLC<br>121 LAFAYETTE ROAD<br>UNIT 5, BOX 5<br>NORTH HAMPTON, NH 03862 | Unsecured | | $1,166.51 | $1,166.51 | $1,166.51 |
| 000004B<br>070<br>7100-00 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114 | Unsecured | | $0.00 | $2,655.52 | $2,655.52 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: April 04, 2014

Case Number:    11-17461
Debtor Name:    R.J. PILGRIM, INC.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005 070 7100-00 | Nstar Electric PO Box 4508 Woburn, MA 01888 | Unsecured | | $536.21 | $626.42 | $626.42 |
| 000006 070 7100-00 | NSTAR GAS PO BOX 660369 DALLAS, TX 75266 | Unsecured | | $536.21 | $528.17 | $528.17 |
| 000007 070 7100-00 | NSTAR ELECTRIC PO BOX 660369 DALLAS, TX 75266 | Unsecured | | $0.00 | $626.42 | $626.42 |
| 000008 070 7100-00 | DEMDACO 5000 West 134th Street Leawood, KS 66209-7806 | Unsecured | | $1,409.63 | $1,409.64 | $1,409.64 |
| 000009 070 7100-00 | Kay Dee Designs, Inc. Coface North America Insurance Company 50 Millstone Rd., Bldg. 100, Ste. 360 East Windsor, NJ 08520 | Unsecured | | $992.20 | $750.17 | $750.17 |
| 000010 070 7100-00 | IPFS Corporation fka Premium Financing Specialists, Inc. Imperial IPFS 101 Hudson St., 34th Fl. Jersey City, NJ 07302 | Unsecured | PREMIER FINANCING | $2,791.08 | $335.46 | $335.46 |
| 000012 070 7100-00 | BLUE MOUNTAIN ARTS P.O. BOX 4549 BOULDER, CO 80306 | Unsecured | | $3,732.71 | $1,734.87 | $1,734.87 |
| 000014 070 7100-00 | George Roberts CPA 35 Walnut Street Wellesley Hills, MA 02481 | Unsecured | | $0.00 | $5,660.00 | $5,660.00 |
| 000011 999 6990-00 | Massachusetts Department of Revenue Bankruptcy Unit P.O. Box 9564 Boston, MA 02114 | Administrative | ESTIMATED TAXES | $0.00 | $15,557.23 | $15,557.23 |
| 00016 999 6810-00 | Internal Revenue Service Special Revenue Service P.O. Box 9112, JFK Building Boston, MA 02203 | Administrative | | $0.00 | $189.23 | $189.23 |
| 00017 999 6810-00 | Internal Revenue Service Special Revenue Service P.O. Box 9112, JFK Building Boston, MA 02203 | Administrative | | $0.00 | $449.00 | $449.00 |

| Page 3 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 04, 2014 |
|---|---|---|---|---|---|---|---|
| Case Number: | 11-17461 | | Priority Sequence | | | | |
| Debtor Name: | R.J. PILGRIM, INC. | | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | | Scheduled | Claimed | Allowed |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | Administrative | | | $0.00 | $1.64 | $1.64 |
| | Case Totals: | | | | $21,249.99 | $76,649.77 | $76,649.77 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-17461 FJB  
Case Name: R.J. PILGRIM, INC.  
Trustee Name: DONALD R. LASSMAN

Balance on hand                                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DONALD R. LASSMAN | $ | $ | $ |
| Attorney for Trustee Fees: DONALD R. LASSMAN, ESQ. | $ | $ | $ |
| Accountant for Trustee Fees: MATRIX FINANCIAL LLC | $ | $ | $ |
| Fees: US Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Ann Brennan, Esq. | $ | $ | $ |
| Other: Ann Brennan, Esq. | $ | $ | $ |
| Other: Internal Revenue Service | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Massachusetts Department of Revenue | $ | $ | $ |

Total to be paid for prior chapter administrative expenses    $_____

Remaining Balance    $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Massachusetts Department of Revenue | $ | $ | $ |
| 000013 | Dept of Unemployment Assistance | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BRIAN SMILLIE CANDY COMPANY | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Toysmith - Toy Investments | $ | $ | $ |
| 000003 | KEN BEAN DISTRIBUTORS, LLC | $ | $ | $ |
| 000004B | Massachusetts Department of Revenue | $ | $ | $ |
| 000005 | Nstar Electric | $ | $ | $ |
| 000006 | NSTAR GAS | $ | $ | $ |
| 000007 | NSTAR ELECTRIC | $ | $ | $ |
| 000008 | DEMDACO | $ | $ | $ |
| 000009 | Kay Dee Designs, Inc. | $ | $ | $ |
| 000010 | IPFS Corporation | $ | $ | $ |
| 000012 | BLUE MOUNTAIN ARTS | $ | $ | $ |
| 000014 | George Roberts CPA | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE